IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| MARTINSVILLE CABLE, INC., a Virginia non-profit corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:06cv033 ) |
| TIME WARNER NY CABLE, LLC, a Delaware limited liability corporation, et al., | ) ) By: Hon. Michael F. Urbanski ) United States Magistrate Judge ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum Opinion entered this day, it is **ORDERED** as follows:

(1) Plaintiff Martinsville Cable's motion for partial summary judgment is **DENIED**;

(2) Defendants Time Warner and Comcast's joint motion for summary judgment is **GRANTED**; and

(3) This case is stricken from the active docket of the court.

The Clerk is directed to send a copy of this Order to all counsel of record.

Enter this 24 day of August, 2006.

Michael F. Urbanski
United States Magistrate Judge